Matter of Upstate Univ. Hosp. v Bryant W. (2024 NY Slip Op 00698)

Matter of Upstate Univ. Hosp. v Bryant W.

2024 NY Slip Op 00698

Decided on February 9, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 9, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, NOWAK, DELCONTE, AND KEANE, JJ.

30 CA 23-00014

[*1]IN THE MATTER OF UPSTATE UNIVERSITY HOSPITAL, PETITIONER-RESPONDENT,
v
BRYANT W., RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

ELIZABETH S. FORTINO, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, ROCHESTER (PATRICK T. CHAMBERLAIN OF COUNSEL), FOR RESPONDENT-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KATHLEEN M. TREASURE OF COUNSEL), FOR PETITIONER-RESPONDENT. 

 Appeal from an order of the Supreme Court, Onondaga County (Robert E. Antonacci, II, J.), entered December 13, 2022. The order, inter alia, denied the motion of respondent seeking leave to renew. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Upstate Univ. Hosp. v Bryant W. ([appeal No. 1] — AD3d — [Feb. 9, 2024] [4th Dept 2024]).
Entered: February 9, 2024
Ann Dillon Flynn
Clerk of the Court